**Affirmed and Opinion Filed September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01116-CR
No. 05-13-01117-CR

**BRIAN LEE LINDEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-40794-T, F13-55173-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices FitzGerald and Fillmore
Opinion by Justice FitzGerald

Brian Lee Lindeman waived a jury and pleaded guilty to aggravated robbery with a deadly weapon and unlawful possession of a firearm by a felon (UPFF).[1] Also, in each case, appellant pleaded true to one enhancement paragraph alleging a prior felony conviction. The trial court assessed punishment at twenty years' imprisonment for the aggravated robbery and ten years' imprisonment for the UPFF. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements

---

[1] *See* TEX. PENAL CODE ANN. §§ 29.03(a)(2), 46.04(a) (West 2011).

of *Anders v. California.*[2]  The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance.[3]  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.[4]

We have reviewed the record and counsel's brief.[5]  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
131116F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[2]  386 U.S. 738 (1967).

[3] *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).

[4] *See Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

[5] *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN LEE LINDEMAN, Appellant

No. 05-13-01116-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-40794-T).
Opinion delivered by Justice FitzGerald,
Chief Justice Wright and Justice Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN LEE LINDEMAN, Appellant

No. 05-13-01117-CR　　V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-55173-T).
Opinion delivered by Justice FitzGerald,
Chief Justice Wright and Justice Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014